ABRAHAM R. VAN NEST, Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

(Argued March 28, 1889; decided April 16, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made April 8, 1886, which affirmed a judgment in favor of defendant, entered upon a decision of the court on trial at Special Term.

*George G. Munger* for appellant.

*William C. Turner* for respondent.

Agree to affirm on decisions in *Diefenthaler* v. *Mayor, etc.*, (111 N. Y. 331) and *Phelps* v. *Mayor, etc.* (112 id. 216); no opinion.
All concur.
Judgment affirmed.